AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

FILED
JAN 14 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

__EASTERN__ District of __CALIFORNIA (FRESNO)__

LORENA MACIAS,
    Plaintiff(s),
V.
UNITED OF OMAHA LIFE INSURANCE CO.
    Defendant(s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 1:21-cv-01028-AWI-EPG

Notice is hereby given that, subject to approval by the court, __UNITED OF OMAHA LIFE INS. CO.__ substitutes
(Party(s) Name)

__Robert E. Hess, Esq.__, State Bar No. __178042__ as counsel of record in
(Name of New Attorney)

place of __Robert E. Hess, Esq. - HINSHAW & CULBERTSON LLP - 350 S. Grand Ave., #3600 LA CA 90071__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Robert E. Hess, Esq. MAYNARD, COOPER & GALE LLP
    Address: 1925 Century Park East, Suite 1700, Los Angeles, CA 90067
    Telephone: (310) 596-4363    Facsimile (205) 254-1999
    E-Mail (Optional): RHess@maynardcooper.com

I consent to the above substitution.
Date: 1/12/22

United of Omaha by David A. Barron
D Bow—
(Signature of Party(s))

I consent to being substituted.
Date: 1/12/2022

/s/ Robert E. Hess
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 1/12/2022

/s/ Robert E. Hess
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/14/22

[signature]
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]