UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA MACIAS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. 1:21-CV-01028-AWI-EPG<br><br>ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO DISMISS CASE<br><br>(ECF No. 22.) |

Pursuant to the parties' stipulation (ECF No. 22), IT IS HEREBY ORDERED that the deadline for the parties to file appropriate dismissal documents is extended to **July 12, 2022**.

IT IS SO ORDERED.

Dated:　**June 22, 2022**　　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1